AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scullin, Frederick J. | US District Court (NDNY) | 04/30/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Senior Status | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

po Box 7255
100 S. Clinton Street
Syracuse, NY 13261

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | NYS & Local employees Retirement System-Lifetime |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2018 | NYS & Local Employees Retirement System-Lifetime | $7,458.12 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MassMutual | policy loan | K |
| 2. | MassMutual | policy loan | J |
| 3. | MassMutual | policy loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. Key Bank-cash, money markets, FDIC deposits | A | Int./Div. | J | T | | | | | |
| 3. Blackrock Global Allocation Fund | A | Dividend | J | T | | | | | |
| 4. Lord Abbett Fundamental Equity Fund Class A | D | Dividend | K | T | | | | | |
| 5. DWS NY Tax Free Income Fund Class C | A | Dividend | J | T | | | | | |
| 6. Ishares Gold Tr Ishares | A | Dividend | K | T | Sold (part) | 12/31/18 | J | A | |
| 7. BROKERAGE ACCOUNT #2 (IRA) (H) | | | | | | | | | |
| 8. Key Bank- cash, money markets, FDIC deposits | A | Int./Div. | J | T | | | | | |
| 9. The Merger Fund | A | Dividend | J | T | | | | | |
| 10. Pimco All Asset All Authority Fund | A | Dividend | J | T | | | | | |
| 11. Pimco Income Fund Class A | A | Dividend | J | T | Sold (part) | 10/18/18 | J | | |
| 12. Invesco Exchange Traded FD | A | Dividend | J | T | | | | | |
| 13. BROKERAGE ACCOUNT #3 (IRA) (H) | | | | | | | | | |
| 14. Key Bank-cash, money markets, FDIC deposits | A | Dividend | J | T | | | | | |
| 15. The Merger Fund | A | Dividend | J | T | | | | | |
| 16. Pimco All Asset All Authority Fund | A | Dividend | J | T | | | | | |
| 17. Pimco Income Fund Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Exchange Traded FD | A | Dividend | J | T | | | | | |
| 19. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 20. Key Bank-cash, money markets, FDIC deposits | A | Int./Div. | J | T | | | | | |
| 21. Russell Global Equity Fund Class S | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 22. | | | | | Sold (part) | 06/21/18 | J | A | |
| 23. Russell US Strategic Equity Fund | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 24. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 25. Russell Multi Strategy Income Fund | A | Dividend | | | Sold | 06/21/18 | J | A | |
| 26. Russell Emerging Markets Fund | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 27. | | | | | Sold (part) | 06/21/18 | J | A | |
| 28. Russell Global Real Estate Securities Fund | A | Dividend | J | T | Buy (add'l) | 06/21/18 | J | | |
| 29. Russell Global Opportunistic Credit Fund | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 30. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 31. Russell Global Infrastructure Fund | A | Dividend | | | Sold | 06/21/18 | J | A | |
| 32. Russell Commodity Strategies Fund | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 33. Russell Strategic Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 34. | | | | | Sold (part) | 06/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Russell International Developed Markets Fund | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 36. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 37. Russell US Small Cap Equity Fund | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 38. Russell Multi Asset Growth Strategy Fund | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 39. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 40. Russell Unconstrained Total return Fund | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 41. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 42. BANK A/C #5 (H) | | | | | | | | | |
| 43. Key Bank-cash, savings | A | Interest | J | T | | | | | |
| 44. INSURANCE POLICIES (H) | | | | | | | | | |
| 45. Massachusetts Mutual- Whole life | C | Dividend | L | V | | | | | |
| 46. Massachusetts Mutual-Whole life | B | Dividend | K | V | | | | | |
| 47. Massachusetts Mutual -Whole life | A | Dividend | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII-lines 45-47, value method V--cash surrender values pursuant to insurance company statement.

Section VI, line 3 and Section VII, line 47 relate to an insurance policy owned by          and inadvertently omitted in prior year reports.

Section VII, line 43 relates to a bank account in the name of a dependent and inadvertently omitted in prior year reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick J. Scullin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544